# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **Ashley Starkey,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-02081-ERW |
| | ) | |
| **Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On November 3, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Terry I. Adelman, U.S. Magistrate Judge.

Dated this 4th day of November, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**2:10-cv-00069-TIA.**